Date: 12/08/09

# DIVIDENDS REMITTED TO THE COURT

Page:

Recpt # 149484

Case Number 08-10711 - SCARVELLI, DENNIS M.

FILED
CLERK U.S. BANKRUPTCY COURT
09 DEC -9 AM 11: 58
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery One 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 000002 | 132.46 | 2.65 CK 103 |
| CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | 000006 | 219.19 | 4.39 CK 106 |
| ---------- Remittance Total -------------- | | 351.65 | 7.04 |

LAUREN A. HELBLING, Trustee

COURTI

Printed: 12/08/09 11:43 AM    Ver: 15.02